**Order entered October 28, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00560-CR

### JOSE DAVID GUTIERREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F16-23201-H

### ORDER

Retained counsel Jeffery King filed appellant's brief on September 25, 2020. Thereafter, the State Bar of Texas notified the Court that counsel was no longer eligible to practice law in the State of Texas. We notified counsel by letter dated October 5, 2020 that he was being removed from this case due to his ineligibility to practice law; to date, counsel has not responded and remains listed as ineligible on the State Bar of Texas website.

On January 31, 2020, the trial court made certain findings of fact which were filed in a supplemental clerk's record, including a finding that appellant is indigent. In light of this, we **ORDER** the trial court to appoint, **WITHIN FOURTEEN DAYS OF THE DATE OF THIS ORDER**, an attorney to represent appellant in the appeal. We **ORDER** Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record with the new appointment of counsel within **TEN DAYS** of the date of the appointment.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tina Yoo Clinton, Presiding Judge, Criminal District Court No. 1; Dallas County District Clerk Felicia Pitre; Jeffery King; the Dallas County District Attorney's Office, Appellate Division; and to Jose David Gutierrez, TDCJ #02263812, Allred Unit, 2101 FM 369 North, Iowa Park, TX 76367.

The appeal is **ABATED** to allow the trial court to comply with this order. It shall be reinstated twenty-four days from the date of this order or when the supplemental record is received, whichever is earlier.

/s/    BILL PEDERSEN, III
        JUSTICE